James BUMPUS, Petitioner–Appellant,

v.

WARDEN, CLINTON CORRECTIONAL FACILITY, Respondent–Appellee.*

No. 10–1513–pr.

United States Court of Appeals, Second Circuit.

July 13, 2011.

Lawrence F. Ruggiero, New York, NY, for Petitioner–Appellant.

Amy Appelbaum, Assistant District Attorney (Leonard Joblove, Assistant District Attorney, on the brief), for Charles J. Hynes, District Attorney, Kings County, Brooklyn, NY, for Respondent–Appellee.

Present: JOHN M. WALKER, JR., BARRINGTON D. PARKER and DEBRA ANN LIVINGSTON, Circuit Judges.

* The Clerk of Court is directed to amend the caption as set forth above.

## SUMMARY ORDER

Petitioner James Bumpus appealed from the district court's order denying his 28 U.S.C. § 2254 petition for a writ of habeas corpus. On April 22, 2011, while his appeal was pending, Mr. Bumpus died. We therefore DISMISS the appeal as moot.